## Commonwealth *v.* Howrelko, Appellant.

Submitted March 22, 1971. *Donald K. Stern* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., took no part in the consideration or decision of this case.

## Commonwealth *v.* Jackson, Appellant.

Submitted March 17, 1971. *Francis S. Wright* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.